JOHN BLACKWELL v. PROXIMITY MANUFACTURING COMPANY.

(Filed 5 December, 1923.)

APPEAL by defendant from *Shaw, J.,* at August Term, 1923, of GUILFORD.

Civil action tried upon the following issues:

"1. Was the plaintiff injured by the negligence of the defendant, as alleged in the complaint? Answer: 'Yes.'

"2. Did the plaintiff, by his own negligence, contribute to his own injury, as alleged in the answer? Answer: 'No.'

"3. What damage, if any, is the plaintiff entitled to recover of the defendant? Answer: '$448.'"

Judgment on the verdict in favor of plaintiff. Defendant appealed.

*S. B. Adams, R. C. Strudwick, and Geo. A. Younce for plaintiff.*
*King, Sapp & King for defendant.*

PER CURIAM. Let the verdict and judgment in this case be upheld, as the record presents no reversible error. *Cook v. Mfg. Co.,* 182 N. C., 205.

No error.